1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| Shenzhen Yilv Technology Co Ltd., | |
| *Plaintiff*, | **Case No. 2:25-cv-2261-JHC** |
| v. | |
| Hong Kong Xingtai International Trade Co Limited, | |
| *Defendant*. | |

THIS MATTER comes before the Court on Plaintiff's Motion for Alternative Service of Process.  Dkt. # 6.  Having considered the Motion and the record, the Court finds good cause and hereby ORDERS:

1. The Motion is GRANTED.

2. Pursuant to Federal Rules of Civil Procedure 4(h)(2) and 4(f)(3), Plaintiff is authorized to serve Defendant Hong Kong Xingtai International Trade Co Limited by email by sending the Summons and Complaint (and a copy of this Order) to xingtaiip@sina.com.

3. Plaintiff may effect service by email as authorized above and shall file proof of service on the docket.

//

-1-

ORDER GRANTING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE OF PROCESS

DATED this 5th day of January, 2026.

_____
John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFF'S
MOTION FOR ALTERNATIVE SERVICE OF PROCESS