**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

Shenzhen Yilv Technology Co Ltd.,

          *Plaintiff*,

    v.

Hong Kong Xingtai International Trade Co
Limited,

          *Defendant*.

**Case No. 2:25-cv-02261-JHC**

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE**

THIS MATTER comes before the Court on Plaintiff's Unopposed Motion to Consolidate under Fed. R. Civ. P. 42(a) and Local Civil Rule 42. Dkt. # 9. Having considered the Motion and the record, the Court finds that consolidation will promote judicial economy in resolving the common issues presented by these related actions. The Court therefore GRANTS Plaintiff's Unopposed Motion.

IT IS HEREBY ORDERED that:

1. The following cases are consolidated for pretrial purposes only:

(1) 2:25-cv-02261-JHC (*Shenzhen Yilv Technology Co Ltd. v. Hong Kong Xingtai International Trade Co Limited*);

(2) 2:25-cv-02262-JHC (*Shenzhen Hongxinshun Technology Co., Ltd. v. Hong Kong*

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO CONSOLIDATE
Case No. 2:25-cv-02261-JHC - 1

*Xingtai International Trade Co Limited*);

(3) 2:25-cv-02263-JHC (*Shenzhen Zhiying Technology Co., Ltd. v. Hong Kong Xingtai International Trade Co Limited*);

(4) 2:25-cv-02264-JHC (*Suqian Zhenye Electronics Technology Co., Ltd. v. Hong Kong Xingtai International Trade Co Limited*); and

(5) 2:25-cv-02265-JHC (*Shenzhen Chunyan Technology Co., Ltd. v. Hong Kong Xingtai International Trade Co Limited*).

2. The lead case shall be *Shenzhen Yilv Technology Co Ltd. v. Hong Kong Xingtai International Trade Co Limited*, No. 2:25-cv-02261-JHC. Unless otherwise ordered by the Court, all future pretrial filings shall be filed in the Lead Case docket only.

3. Consolidation shall not merge the cases into a single action for trial or judgment. Each party retains its individual claims and defenses, and each Plaintiff retains its right to a separate adjudication.

4. Defendant shall answer or otherwise respond to each Plaintiff's complaint in each action on or before March 2, 2026, unless otherwise ordered by the Court.

IT IS SO ORDERED.

DATED this 2nd day of February, 2026.

John H. Chun
United States District Judge

ORDER GRANTING PLAINTIFFS'
UNOPPOSED MOTION TO CONSOLIDATE
Case No. 2:25-cv-02261-JHC - 2